IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:10CR371 |
| v. | |
| RUPERT DICK, | ORDER |
| Defendant. | |

This matter is before the Court on the government's Motion for Dismissal (Filing No. 61) pursuant to Federal Rule of Criminal Procedure 48(a). The government requests leave to dismiss, without prejudice, the Indictment (Filing No. 1) against defendant Rupert Dick. The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion for Dismissal (Filing No. 61) is granted.
2. The Indictment (Filing No. 1), as it relates to defendant Rupert Dick only, is dismissed without prejudice.

Dated this 1st day of October 2019.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge